*Per Curiam.* Dismissed for want of jurisdiction upon the authority of section 237 of the Judicial Code, as amended by the act of September 6, 1916, c. 448, sec. 2, 39 Stat. 726; *Jett Bros. Distilling Co.* v. *Carrollton,* 252 U. S. 1, 5, 6. *Mr. Lewis C. Lawson,* for plaintiff in error. No appearance for defendant in error. (Judgment entered January 15, 1925.) See ante, p. 571.

---

No. 217. BARTLETT & KLING *v.* UNITED STATES. Appeal from the Court of Claims. Argued for appellant January 21, 1925. Decided January 21, 1925. Judgment affirmed, without prejudice. *Mr. Benj. Carter* for appellant. *Solicitor General Beck* and *Mr. Merrill E. Otis,* Special Assistant to the Attorney General, for the United States.

---

No. 190. PROPRIETORS OF THE LOCKS AND CANALS ON MERRIMACK RIVER *v.* BOSTON AND MAINE RAILROAD. Error to the Land Court of the State of Massachusetts. Argued January 19, 1925. Decided January 26, 1925. *Per Curiam.* Dismissed for the want of jurisdiction upon the authority of *Hulbert* v. *Chicago,* 202 U. S. 275, 280; *Cleveland & Pittsburgh R. R. Co.* v. *Cleveland,* 235 U. S. 50, 53; *Hiawassee River Power Co.* v. *Carolina-Tennessee Power Co.,* 252 U. S. 341, 344. *Mr. H. M. Davis,* with whom *Mr. Felix Rackeman* was on the brief, for plaintiffs in error. *Mr. A. R. Tisdale* for defendants in error.

---

No. 213. BOARD OF DIRECTORS OF MILLER LEVEE DISTRICT NO. 2 *v.* PRAIRIE PIPE LINE COMPANY. Appeal from the Circuit Court of Appeals for the Eighth Circuit. Argued January 21, 1925. Decided January 26, 1925. Dismissed for the want of jurisdiction upon the authority of *Shulthis* v. *McDougal,* 225 U. S. 561, 569; *Southern*